# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Israel Cisneros, Jr. | Docket No. | 0980 1:23CR02043-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Israel Cisneros, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 9th day of February 2024, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 7, 2024, a detention hearing was held before Your Honor, and the defendant was released onto pretrial supervision with conditions. On this same date, after being released, Mr. Cisneros reported to the U.S. Probation office and reviewed and signed his release conditions, acknowledging an understanding.

**Violation #1**: Mr. Cisneros is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, fentanyl, on or about February 25, 2024.

On February 29, 2024, Mr. Cisneros contacted this officer via telephone and reported that he relapsed and consumed fentanyl on February 25, 2024.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    March 6, 2024 |
| | by | s/Arturo Santana |
| | | Arturo Santana<br>U.S. Pretrial Services Officer |

PS-8
**Re: Cisneros, Jr., Israel**
**March 6, 2024**
**Page 2**

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

March 6, 2024
Date